IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NANCY TODD,

    Plaintiff,

v.                                                          Civil Action No.2:07-CV-89

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER DIRECTING CLERK TO SEND ATTACHED APPLICATION AND AFFIDAVIT TO PLAINTIFF AND REQUEST FOR ADDITIONAL INFORMATION

On November 5, 2007, Nancy J. Todd, ["Claimant"], filed a complaint for review of Defendant's denial of her application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1381(c)(3) and an Application for Leave to Proceed in forma pauperis. The Court needs additional information from Plaintiff and requests Plaintiff complete and file the attached Application To Proceed Without Prepayment of Fees and Affidavit.

Accordingly, it is ORDERED that the Clerk send the attached Application to Proceed Without Prepayment of Fees and Affidavit to Plaintiff and Plaintiff's counsel.

DATED: December 13, 2007

                                                  /s/ James E. Seibert
                                                  JAMES E. SEIBERT
                                                  UNITED STATES MAGISTRATE JUDGE